UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RUTH GETTES, et al.,

    Plaintiffs,

v.                                      CASE NO. 8:16-cv-829-T-23TBM

CARROLLWOOD VILLAGE
EXECUTIVE CENTER, LLC,

    Defendant.
_____/

**ORDER**

An October 28, 2016 report (Doc. 27) recommends granting-in-part the plaintiffs' motion (Doc. 21) for an attorney's fee and costs. Specifically, the report recommends awarding the plaintiffs $22,483 "in fees, costs and expenses." More than fourteen days has passed, and no party objects to the report. Accordingly, the report and recommendation (Doc. 27) is **ADOPTED**. The plaintiffs' motion (Doc. 21) for an attorney's fee and costs is **GRANTED IN PART**. The clerk is directed (1) to enter a judgment for the plaintiffs and against the defendant for

$22,483 in an attorney's fee and costs, (2) to terminate any pending motion, and (3) to close the case.

ORDERED in Tampa, Florida, on November 15, 2016.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE